## EX PARTE MILWAUKEE AND MINNESOTA RAIL-ROAD CO.

### ORIGINAL.

No. 8. Original. Submitted March 20, 1868. — Decided March 30, 1868.

A petition for a writ of mandamus is denied on the authority of *Minnesota Co.* v. *St. Paul Co.*, 6 Wall. 742.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

This is an amended petition by the Milwaukee and Minnesota Company for a mandamus to the judges of the Circuit Court of the United States for the District of Wisconsin, commanding that court to order certain rolling stock, particularly described, to be taken out of the hands of a receiver, and delivered to the petitioners, pursuant to a decree entered in said court on the 18th July, 1866, in the case of *Soutter, &c.,* v. *The La Crosse and Milwaukee Company and Others.* Since this petition was presented a case on appeal between the parties has been heard and decided, in which it was determined that the possession of this rolling stock did not belong to the petitioners. [See *Minnesota Co.* v. *St. Paul Co.*, 6 Wall. 742.] The motion for the mandamus must, therefore, be

*Denied.*

*Mr. C. Cushing* for petitioner.

---

## MISSISSIPPI *v.* STANTON AND GRANT.

### ORIGINAL.

No. 14. Original. Argued May 15, 1867. — Decided May 16, 1867. — Opinion delivered February 10, 1868.

Dismissed on the authority of *Georgia* v. *Stanton*, 6 Wall. 50, and *Georgia* v. *Grant*, 6 Wall. 241.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

The bill is dismissed for want of jurisdiction for the reasons assigned in the case of *The State of Georgia* v. *E. M. Stanton, U. S. Grant and John Pope*, 6 Wall. 50; 241.

*Dismissed.*

*Mr. W. L. Sharkey, Mr. R. J. Walker* and *Mr. A. H. Garland* for complainant.

*Mr. Attorney General* for defendants.